IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | |
|---|---|
| JOSEPH EMANUEL BANKS, | : |
| Plaintiff | : |
| VS. | :     1 : 07-CV-215 (WLS) |
| BRUCE SHIVER, MICHAEL GIVENS, and DR. ODOM, | : |
| Defendants. | : |

**RECOMMENDATION**

In light of the recommendation issued herein on February 12, 2009, it is further recommended that the pending motions for summary judgment and motion for default judgment be **DENIED** as moot. Pursuant to 28 U.S.C. § 636(b)(1), the parties may file written objections to this recommendation with the Honorable W. Louis Sands, United States District Judge, WITHIN TEN (10) DAYS of receipt thereof.

**SO RECOMMENDED**, this 19th day of February, 2009.

                                               /s/ ***Richard L. Hodge***
                                               RICHARD L. HODGE
                                               UNITED STATES MAGISTRATE JUDGE

asb