IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | |
|---|---|
| JOSEPH EMANUEL BANKS, | : |
|     Plaintiff, | : |
| v. | :     1:07-CV-215 (WLS) |
| BRUCE SHIVER, MICHAEL GIVENS, DR. ODOM, | : |
|     Defendants. | : |

**ORDER**

Before the Court are Reports and Recommendations from United States Magistrate Judge Richard L. Hodge, filed February 12, 2009 and February 19, 2009. (Docs. 29, 30). It is recommended that Defendants' Motions for Summary Judgment (Docs. 10, 19) be **GRANTED** and Plaintiff's Motion for Default Judgment (Doc. 11) be **DENIED** as moot. (DOC. 30). No objection has been filed to date.

Upon full review and consideration upon the record, the Court finds that said Reports and Recommendations (Docs. 29, 30) should be, and hereby are, **ACCEPTED**, **ADOPTED** and made the Order of this Court for reason of the findings made and reasons stated therein. Accordingly, Defendants' Motions for Summary Judgment (Docs. 10, 19) are **GRANTED**, Plaintiff's Motion for Default Judgment (Doc. 11) is **DENIED** as moot, and Plaintiff's Complaint (Doc. 1) is hereby **DISMISSED**.

    **SO ORDERED**, this 30 day of March, 2009.

    /s/ W. Louis Sands
    **THE HONORABLE W. LOUIS SANDS,**
    **UNITED STATES DISTRICT JUDGE**